IT IS ORDERED

Date Entered on Docket: December 9, 2021



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

IN RE:
CAROLINA T. FLORES
*aka* CAROLINA TORRES FLORES
*aka* CARRIE T. FLORES
SSN/ITIN: xxx-xx-8686

        Debtor.                             No. 13-20-10110-TL

### AGREED ORDER LIFTING AUTOMATIC STAY
### AND FOR ABANDONMENT OF PROPERTY

THIS MATTER having come before the Court on Motion for Relief from Stay and Abandonment of Property filed by Lakeview Loan Servicing, LLC, being represented by Rose L. Brand & Associates, P.C. (Elizabeth Dranttel), Debtor being represented by Arvizu Law (R Trey Arvizu, III), and the Trustee, Tiffany M. Cornejo, the Petitioner, the Trustee, and Debtor having come to an agreement and finding that Lakeview Loan Servicing, LLC is entitled to an Order abandoning the property and lifting the automatic stay imposed by the filing of the bankruptcy action, and being otherwise advised in these premises,

7903-413-B map

IT IS, THEREFORE, THE ORDER OF THIS COURT that the automatic stay imposed by the filing of the above-entitled and numbered cause of action as the same pertains to all the property described in the Note and Deed of Trust, in Exhibit "A" and Exhibit "B" of the Motion, including:

> Lot 3, Block D, MESA HEIGHTS AMENDMENT NO. ONE, in the City of Las Cruces, Dona Ana County, New Mexico, as shown and designated on the plat therof, filed in the office of the County Clerk of said County on January 5, 1961, in Book 1 Page(s) 57 of Plat Records.

including any improvements, fixtures, and attachments, such as, but not limited to, mobile homes. is hereby lifted and the creditor, Lakeview Loan Servicing, LLC, is permitted to proceed to proceed with foreclosure as to such real property, listed in Exhibit "A" and Exhibit "B". The Creditor is entitled to exercise the rights and remedies it is afforded under the Note and Deed of Trust, including but not limited to the right to foreclose against the property pursuant to State Law.

IT IS FURTHER THE ORDER OF THIS COURT that as the above premises are hereby abandoned pursuant to Section 554 of the Bankruptcy Code and shall not hereinafter become property of a successor bankruptcy estate, or successor trustee, and the Petitioner shall not be required to name the Trustee as a Defendant in its foreclosure action and may sell any of the collateral without further notice to the Debtor and the Trustee.

IT IS FURTHER THE ORDER OF THIS COURT that the Automatic Stay will be deemed lifted for all parties/creditors having an interest in the property located at 1420 Juniper Avenue, so as to proceed with foreclosure.

IT IS FURTHER THE ORDER OF THIS COURT that any deficiency owed by the Debtor to Lakeview Loan Servicing, LLC, after sale of said collateral shall be subject to the Bankruptcy Code should this bankruptcy continue. If the Note to Lakeview Loan Servicing,

LLC is satisfied and any monies remain, such monies will be paid to the Trustee for the benefit of the estate.

IT IS FURTHER THE ORDER OF THIS COURT that any refund for insurance premiums advanced by Creditor on the subject collateral shall be applied to the outstanding loan balance.

XXXX – END OF ORDER – XXXX

SUBMITTED BY:

ROSE L. BRAND & ASSOCIATES, P.C.

By __/s/Elizabeth Dranttel e-signed_____
    ELIZABETH DRANTTEL
    Attorney for Creditor Lakeview Loan Servicing, LLC
    7430 Washington Street, NE
    Albuquerque, NM 87109
    Telephone: (505) 833-3036
    Facsimile: (505) 833-3040
    E-mail: Elizabeth.Dranttel@roselbrand.com

APPROVED BY:

ARVIZU LAW

By _/s/Concurrence received via e-mail 12.01.21__
    R TREY ARVIZU, III
    Attorney for Debtor Carolina T. Flores
    PO Box 1479
    Las Cruces, NM 88004-1479
    Telephone: 575-527-8600
    trey@arvizulaw.com

By _/s/Concurrence received via e-mail 12.02.21_
    TIFFANY M. CORNEJO, Trustee
    625 Silver Avenue SW Suite 350
    Albuquerque, NM 87102-3111
    Telephone: (505) 243-1335
    orders@ch13nm.com